IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIMBERLY A. KELLEY, | ) | CASE NO. 8:06cv431 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Considering the Defendant's Motion to Reverse and Remand (Filing No. 15),

IT IS ORDERED that this case is reversed and remanded back to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 20th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE